# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEON NEAL JONES,<br><br>      Petitioner,<br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>      Respondent. | Case No. ED CV 17-01288 SJO (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: July 5, 2017

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE